Submitted on record and briefs November 3, 2006,
supplemental judgment vacated; remanded for recalculation of restitution;
otherwise affirmed January 3, 2007

STATE OF OREGON,
*Respondent,*

*v.*

CLIFFORD ALLEN STYRON,
*Appellant.*

05040771; A129709

150 P3d 1071

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Ernest G. Lannet, Deputy Public Defender, Office of Public Defense Services.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Linder, Judge pro tempore.

PER CURIAM

**PER CURIAM**

Defendant appeals a supplemental judgment imposing restitution relating to his conviction for burglary in the second degree, ORS 164.215. The award of restitution included $500 for "down time of business." ORS 137.106. The state concedes that the evidence does not establish that the victim suffered any pecuniary damages for "down time of business" as a result of defendant's criminal activities. We agree and accept the concession.

Supplemental judgment vacated; remanded for recalculation of restitution; otherwise affirmed.